O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DESHAWN A. STEWART, | ) | CASE NO. CV 13-08785-RZ |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| JEFFERY BEARD, WARDEN, | ) | |
| Respondent. | ) | |

In accordance with the Order Denying Petition for Writ of Habeas Corpus with Prejudice,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 1, 2014

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE